IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 0 2 2009

GREGORY C. LANGHAM
CLERK

Civil Action No. 09-cv-02321-BNB

EVERETTE A. JONES,

    Plaintiff,

v.

ROBERT M. GATES, Secretary, Dept. of Defense,

    Defendant.

## ORDER DRAWING CASE

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.1C, the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.1D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED December 2, 2009, at Denver, Colorado.

                        BY THE COURT:

                        s/ Boyd N. Boland
                        United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-02321-BNB

Everette A. Jones
19861 E. Dartmouth Ave.
Aurora, CO 80013-4335

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 12/2/09

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk